UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CITY OF TUSCALOOSA,

**Plaintiff,**

v.                                                          **Case No. 26-C-1119**

REV GROUP, LLC, et al.,

**Defendants.**

IN RE: FIRE APPARATUS ANTITRUST LITIGATION          Case No. 26-MD-3179

## ORDER CONSOLIDATING CASE

The above-referenced case, 26-C-1119, is related to 26-MD-3179, IN RE: Fire Apparatus Antitrust Litigation, a multi-district litigation (MDL) case recently transferred to this court. The Court concludes that consolidation of 26-C-1119 with 26-MD-3179 will avoid duplicative efforts by the parties and promote judicial efficiency and economy.

**IT IS THEREFORE ORDERED** that case number 26-C-1119 be consolidated with 26-MD-3179.

Dated at Green Bay, Wisconsin this 23rd day of June, 2026.

William C. Griesbach
United States District Judge